**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| VICTOR JESUS VIZARRAGA SANCHEZ, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) ) |
| MARKWAYNE MULLIN, et al., | ) ) ) |
| Respondents. [1] | ) |

Case No. CIV-26-547-R

## ORDER

Before the Court is Petitioner's Motion for Preliminary Injunction Ordering Release Pending Final Judgment, filed on March 31, 2026 ("Motion"). Doc. 13. Respondents' deadline to respond to the Motion would be April 21, 2026. *See* LCvR7.1(g) ("Each party opposing a motion shall file a response within 21 days after the date the motion was filed."). Considering the time-sensitive nature of the Motion and the issues addressed, the Court has determined to shorten Respondents' response deadline. Respondents shall respond to Petitioner's Motion not later than **April 10, 2026**. To the extent Petitioner wishes to file a Reply brief, he must do so not later than **April 15, 2026**.

**IT IS SO ORDERED** this 3rd day of April, 2026.

_____
CHRIS M. STEPHENS
UNITED STATES MAGISTRATE JUDGE

---

[1] Todd Blanche was announced as Acting Attorney General on April 2, 2026. He replaces Pamela Bondi and is substituted as the proper respondent pursuant to Federal Rule of Civil Procedure 25(d).