**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **VICTOR JESUS VIZARRAGA SANCHEZ,** | ) ) ) |
| **Petitioner,** | ) ) |
| **v.** | )    **Case No. CIV-26-547-R** |
| | ) |
| **MARKWAYNE MULLIN, et al.,** | ) ) |
| **Respondents.** | ) |

## **ORDER**

Before the Court is Emergency Motion to Enjoin Transfer and for Temporary Restraining Order ("TRO Motion"). Doc. 16. Considering the time-sensitive[1] nature of the TRO Motion and the issues addressed, Respondents shall respond to Petitioner's TRO Motion not later than **April 8, 2026**. To assist the Court in resolving the TRO Motion, in their Response brief, Respondents should include additional information about Petitioner's scheduled transfer, including

- the date Petitioner will be transferred;

- the location of the facility where Petitioner is being transferred; and

- whether the purpose of the transfer is related to Petitioner's alleged medical conditions and care, or is for some other purpose.

---

[1] In his motion, Petitioner asserts Respondents' counsel "has advised that she will consult with her client regarding Petitioner's request to hold any transfer pending the Court's ruling on this Motion, but no agreement has been reached as of the filing of this Motion." Doc. 16 at 2.

To the extent Petitioner wishes to file a Reply brief, he must do so not later than **April 9, 2026**.

**IT IS SO ORDERED** this 6th day of April, 2026.

_____
CHRIS M. STEPHENS
UNITED STATES MAGISTRATE JUDGE