# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

VICTOR JESUS VIZARRAGA )
SANCHEZ, )
  )
       **Petitioner,** )
v. )     **Case No. CIV-26-547-R**
  )
MARKWAYNE MULLIN, et al., )
  )
       **Respondents,** )

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Chris M. Stephens, entered on April 10, 2026 [Doc. No. 22]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of Judge Stephens is ADOPTED in its entirety and Petitioner's Emergency Motion to Enjoin Transfer and for Temporary Restraining Order [Doc. No. 16] is DENIED.

IT IS SO ORDERED this 20th day of April, 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE