## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| VICTOR JESUS VIZARRAGA SANCHEZ, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Case No. CIV-26-547-R |
| MARKWAYNE MULLIN, et al., | ) ) | |
| Respondents. | ) | |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Chris M. Stephens, entered on April 28, 2026 [Doc. No. 27]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of Judge Stephens is ADOPTED in its entirety and Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [Doc. No. 1] is DISMISSED as moot. Petitioner's Motion for Preliminary Injunction Ordering Release Pending Final Judgment [Doc. No. 13] is DENIED as moot.

IT IS SO ORDERED this 28th day of May, 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE